**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Manasseh PHILIP, Defendant–**
**Appellant.**

**No. 12–11122**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 10, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

Russell James Depalma, Esq., Attorney Shore Chan Depumpo, L.L.P. Dallas, TX, for Defendant–Appellant.

Manasseh Adriel Philip, Fort Worth, TX, pro se.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Manasseh Philip has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Philip has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein as well as Philip's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Philip's motion for appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

